

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-13-00715-CR, 04-13-00716-CR, 04-13-00717-CR, and 04-13-00718-CR

Ex Parte Rogelio **RINCON**, Jr.,
Appellant
From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2442, 2012CR2443, 2012CR2444, and 2012CR2445
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

In this habeas corpus proceeding seeking a reduction of Appellant's pre-trial bail, the State's brief was originally due to be filed with this court on March 24, 2014. This court granted the State's first motion for an extension of time to file the brief until April 14, 2014. On the due date, the State filed its second motion for an extension of time to file its brief until May 13, 2014, for a total extension of fifty days.

The State's motion is GRANTED IN PART. The State's brief must be filed with this court not later than May 5, 2014. *See* TEX. R. APP. P. 31.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(b) (setting State's brief deadline). **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court